Eric F. Fagan (SBN 87071)
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA  91915
Phone 619-656-6656 / Fax 775-898-5471
efagan@efaganlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E. KELLOGG, and VERONICA SANCHEZ )<br>)<br>)<br>Plaintiffs )<br>v. )<br>)<br>LVNV FUMDING, LLC., a corporation; )<br>and DOES 1 through 10 inclusive, )<br>)<br>Defendants. )<br>)<br>) | No.: 2:07-CV-02205-MCE-KJM<br><br>**JOINT APPLICATION AND STIPULATION OF DISMISSAL** |

## I.  APPLICATION

The parties hereby apply to this court to dismiss the entire action and all causes of action with prejudice.  Good cause exists for the dismissal as set forth below in the stipulation.

//

//

//

//

1
JOINT APPLICATION AND STIPULATION OF DISMISSAL

## II. STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff's MATTHEW E. KELLOGG & VERONICA SANCHEZ and the Defendant LVNV FUMDING, LLC., that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: February 1, 2008

        /s/ Eric F. Fagan _____
Eric F. Fagan
Attorney for Plaintiff MATTHEW E. KELLOGG &
VERONICA SANCHEZ

DATED:

_____
June Coleman
Attorney for Defendant LVNV FUNDING

## III.
## PROPOSED ORDER

Good cause having been shown, it is hereby ordered that the entire action be dismissed with prejudice.

DATE: February 5, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE